IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.

                                       Case No. 19-cv-270-jdp

JOHN DOE AND JOHN DOE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |